UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
District Judge

Civil Action No.

**LUCAS AUSTIN** and **DANIELLE AUSTIN,**

Plaintiffs,

v.

**ORIGINAL LOG CABIN HOMES, LTD.,** a North Carolina corporation,

Defendant.

## COMPLAINT

The Plaintiffs above-named, through their attorneys, hereby allege and state as follows:

### JURISDICTION AND VENUE

1. The Plaintiffs are residents of the State of Colorado whose address is 1488 County Road 509, Ignacio, Colorado 81137.

2. The Defendant is a North Carolina corporation doing business in Colorado, whose primary address is 513 Keen Street, Rocky Mount, North Carolina 27802.

3. This court has subject matter jurisdiction pursuant to Section 4 of the Federal Arbitration Act, 9 U.S.C. § 1, *et seq.* (the "FAA") because the contract which is the subject of this action states that claims arising out of the contract shall be resolved by binding arbitration pursuant to the FAA, and pursuant to 28 U.S.C. § 1332(a)(1) because the matter in controversy exceeds the value of $75,000.00 and is between citizens of different states.

4. This court has personal jurisdiction over the Defendant because Section 4 of the FAA provides that the hearing and proceedings under the contract shall be within the district in which the petition for an order directing arbitration is filed. In addition, this court has personal jurisdiction over the Defendant because the existence of minimum contacts between the Defendant and Colorado are sufficient to satisfy state long-arm jurisdiction requirements and due process.

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO
Civil Action No.
**COMPLAINT**
Page 2

5. Venue is proper in this court pursuant to the FAA and 28 U.S.C. §1391(b) and (c), and because substantial part of the events giving rise to the claims have occurred in Colorado, all of the real property to be benefitted by the contract is located in Colorado, and the Defendant is subject to the personal jurisdiction of the Court by virtue of its contacts with Colorado.

## GENERAL ALLEGATIONS

6. On July 28, 2008, the parties hereto entered in a contract, a copy of which is attached as Exhibit A ("the contract").

7. The contract requires the Defendant to deliver a log cabin home package to the Plaintiffs in Colorado for the purposes of constructing a home on the Plaintiffs' property located in Bayfield, Colorado, for a purchase price of $117,105.13.

8. An express and implied condition of the contract requires that the log cabin home package must meet the requirements of the La Plata County, Colorado Building Code.

9. By letter dated May 21, 2010, the Plaintiffs informed the Defendant of concerns regarding the plans and blueprints for the log cabin home package, including numerous deficiencies constituting non-compliance with the La Plata County Building Code. The Defendant has refused to address the identified deficiencies and is in breach of the contract.

10. Paragraph 20 of the contract states that any unresolved controversy or claim arising out of the contract or the breach thereof shall be resolved by binding arbitration pursuant to the FAA. The contract is silent as to the forum state for the conduct of the required arbitration.

11. The Plaintiffs have demanded that the Defendant agree to binding arbitration pursuant to the contract in Colorado. On information and belief, the Defendant does not agree to arbitration in Colorado.

12. Section 4 of the FAA provides that a party aggrieved by the alleged failure to arbitrate may petition "any United States district court which, save for such agreement, would have jurisdiction under Title 28 in any civil action of the subject matter of a suit arising out of the controversy between the parties for an order directing that such arbitration proceed in the manner provided in the contract." The FAA also provides that "The hearing and proceedings, under such agreement, shall be within the district in which the petition for an order directing such arbitration is filed."

13. Based upon the foregoing subject matter jurisdiction, personal jurisdiction, and venue are proper in this Court.

UNITED STATES DISTRICT COURT, DISTRICT OF COLORADO
Civil Action No.
**COMPLAINT**
Page 3

14.     Since jurisdiction and venue are proper in this Court, and since the FAA provides that the arbitration proceedings under this contract shall be within the district in which the petition for an order directing arbitration is filed, this Court should order the arbitration to be conducted in Colorado.

WHEREFORE, the Plaintiffs move the Court for the following relief:

1.  An order requiring the parties to engage in binding arbitration;
2.  An order requiring parties to conduct the arbitration in Colorado;
3.  A judgment upon the award made pursuant to the arbitration; and
4.  Such further relief as the Court deems proper.

Respectfully submitted this 30th day of June, 2010.

AUSTIN, PEIRCE & SMITH, P.C.


\*S/ Thomas Fenton Smith
Thomas Fenton Smith, #6463
600 East Hopkins Avenue, Suite 205
Aspen, CO 81611
Telephone: 970-925-2600
Facsimile: 970-925-4720

*Attorneys for Plaintiffs*


Plaintiffs' Address:
1488 County Road 509
Ignacio, CO 81137


\* *Pursuant to C.R.C.P. Rule 121 § 1-26, a duly signed original is on file at the Plaintiffs' offices.*

Page 1 of 4



## The Original Log Cabin Homes Ltd.
## 36-MONTH LAY-A-WAY AGREEMENT

For Delivery Anytime during the 36-Month Term - This contract is to be returned in it's entirety with your signature, date and the required deposit

**Purchaser**
Name: Lucas & Danielle Austin
Street: 1488 County Road 509
City/State/Zip: Ignacio, Colo 81137
Phone: 970-884-0456
Phone #2: 970-749-9596
E-Mail: usatracker@gmail.com

**Place Of Delivery** *(Purchaser to Provide Map)*
Street: _____
City/State/County: Bayfeild, Colo

**Log Package**
Model or Quote # custom
Size: app 2148sq ft   Species: Eastern White Pine

### Advantages of a 10% Deposit
1. Protects the terms of the promotion selected.
2. Freezes your purchase price and protects against future price increases for up to three years by placing an additional 10% deposit at the end of the first and second year.
3. Provides you the option of taking delivery anytime up to three years from the order date. However, LCH requires a minimum of 45 days notice before delivery date.
4. Purchaser may make design changes or change home model selection prior to final milling date (Minimum 45 days before delivery date)
5. Allows you to receive your preliminary blueprints to begin planning changes and mortgage loan, etc.

| 8X6 Classic D | 8X8 Double Round | 6X8 Energy | 6X12 Super Energy | 8X6 | 8X6 Double Bevel | 8X6 Single Four | 8X6 Double Chink | 6X12 Single Chink | 6X12 Double Chink | 8X6 Square Plank | 6X12 Square Plank | 8X8 Full Round | Other or Custom |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   | ● |   |   |   |   |   |

Premium Material package per customer's plans with 12"X6" eastern White Pine Log          $179,389.76

Direct Buy Discount                                                                        -$51,803.63
Garage Promotion                                                                           ($10,480.00)

Direct Buy Membership number 1314485 Purchased at alberque, NM

Offer Valid through July 30, 2008

                                                    Log Package Total                      $117,105.13
___ % Sales Tax                                     (Based on Time and Place of Delivery)
   State, Province or County
                                                    TOTAL

**Deposit** *(Form of Payment)*  ▓▓▓▓  RONALD D. AUSTIN
☐ Cash  ☐ Check  ☒ Credit Card  CC#: ▓▓▓▓▓▓▓▓  Expiration: 10-2009
**FOB From:** Denver, Colo                          10% Down Payment with Order          $11,710.51
SHIPPING via common carrier. Freight collect F.O.B.,
Rocky Mount, NC unless otherwise stated.            40% Final Milling Payment (45 to 75 days prior to delivery)
                                                    50% Delivery (Certified Check or Official Bank Check)

**Order Date:** July 23, 2008                       **Date of Delivery:** EST spring 09
                                                                          (Tentative)

**Dealer/Sales Representative:**                    **SELLER'S ACCEPTANCE**
                                                    Log Cabin Homes ltd. Hereby accepts the above order this
X  Jerry Briley              Date: 07/23/08                   day of _____

**Purchaser (s) Signature:** *(Purchaser (s) acknowledges receipt of Product warranty and agrees to the complete package)*

X _____ Date: 7-28-08                     by _____
                                                    (It's duly Authorized Officer)
X Danielle Austin  Date: 7/28/08
                                                    The Original Log Cabin Homes Ltd.
                                                    P.O. Drawer 1457 / 513 Keen Street / Rocky Mount, NC 27802
                                                    252.454.1500 / Fax 252.454.1550



EXHIBIT A

1. If Log Cabin is unable to complete this order due to Government Regulations, Wars, Strikes, Labor Shortages, Material Shortages, or other unavoidable causes, this order may be canceled by Log Cabin Homes upon refunding Purchaser's down payment.
2. If Log Cabin Homes is unable to furnish any item on this order, Log Cabin reserves the right to delete same and adjust the final sales price accordingly or make comparable substitutions to home package upon notice to Purchaser.
3. All prices on this order are based on Purchaser taking delivery within thirty-six (36) months of the "Date of Order." An additional 10% deposit is required at the end of the first and second year to roll over into the following year.
4. If the 40% Final Milling is not paid within thirty (30) days of Log Cabin Homes' notice that such balance is due, Log Cabin Homes will consider the order canceled by Purchaser.
5. Purchaser agrees to take delivery and/or pay all balances due Log Cabin Homes in full within thirty (30) days after Log Cabin Homes' notice that the order is ready for delivery.
6. Log Cabin Homes retains title to all materials until fully paid.
7. If Purchaser postpones his / her delivery beyond thirty-six (36) months of the "Date of Order," Purchaser shall pay the current retail price as of the date of actual delivery, unless otherwise approved in writing by Log Cabin Homes.
8. If Purchaser postpones his / her delivery beyond the one and two year periods of the "Date of Order" without paying the additional 10% deposits at the end of the one and two year periods then Purchaser shall pay the current retail price as of the date of actual delivery, unless otherwise approved in writing by Log Cabin Homes.
9. All payments are non-refundable if order is canceled by Purchaser, or if purchaser defaults in their obligations under this agreement, or if delivery is refused.
10. Purchaser has the right to sell or assign their interest in this agreement with 90 days prior written notice to Log Cabin Homes.
11. Prices quoted for shipment to the delivery site are contingent upon the suitability of the roads for a eighty-five (85) foot tractor trailer truck and in no way shall be binding upon Log Cabin Homes.
12. Purchaser is responsible for having adequate manpower and/or equipment to unload the truck(s). Log Cabin Homes is not responsible for breakage or damage during unloading. Most Log Cabin Homes materials are palletized for forklift unloading.
13. All materials are to be inspected by Purchaser at delivery and no claims for damaged materials and/or shortages shall be accepted by Log Cabin Homes unless presented in writing at the time of delivery to truck driver.
14. This order shall not be binding upon Log Cabin Homes until executed by its duly authorized officer.
15. Log Cabin Homes assumes no responsibility, and voids any and all warranties, if the basic log package is changed or altered in any way from what is indicated on Log Cabin Homes' blueprint, building is constructed with poor workmanship, and/or Purchaser builds in violation of the building code.
16. All prices on this order are F.O.B. Rocky Mount, NC. unless otherwise stated on Page 1. With a minimum of 75 days prior written notice to Log Cabin Homes Purchaser may pick up or have their materials picked up from Rocky Mount, NC only. All shipments being picked up are subject to a staging/loading fee per truck.
17. Purchaser Acknowledges receiving, understanding and accepting the Terms of the Log Cabin Homes written Limited Warranty.
18. Log Cabin Homes provides CAD-CAM Blueprints when specified on materials list. Any and all engineering/architectural reports, analysis, and seals that may be requested or required are paid for and/or supplied by the Purchaser.
19. Purchaser may not delete items from the original agreement's list of materials provided without substituting them with similar items to replace aforesaid items deleted purchased from Log Cabin Homes.
20. Any unresolved controversy or claim arising out of or relating to this agreement, or the breach thereof, shall be resolved by binding arbitration pursuant to the Federal Arbitration Act, 9 USCA 1, et seq, by three arbitrators. The three arbitrators shall be chosen by the parties with each party selecting an arbitrator and those two arbitrators selecting the third. The arbitrators thus selected shall have the authority to grant all applicable legal and equitable remedies, including, but not limited to, monetary damages, declaratory and injunctive relief, as well as costs (including reasonable attorney's fees). Judgment based on the arbitrators's decision may be entered in any court having jurisdiction for the purpose of enforcement.
21. This Agreement and the foregoing Terms and Conditions together constitute the entire understanding of the parties hereto and supersede any prior negotiations and understandings, verbal or written. Any changes hereto must be in writing and signed by both parties.
22. All Customer Pick-ups are subject to the prevailing loading charges per truck at the time of pick-up.
23. If you submitted a design idea and/or plan for a quotation or order, we assume that it is your original design, a non-copyrighted design, or a copyrighted design belonging to someone else used with permission. Log Cabin Homes does not secure permission for the use of someone elses copyrighted design plan for you. It is your sole responsibility to secure permission for its use. Failure to do this can result in substantial copyright infringement litigation against you from the copyright owner. By signing this form, you agree to defend and hold harmless any litigation against Log Cabin Homes as a result of your use of someone elses copyrighted design plan used without permission.
24. This agreement shall be governed by and construed in accordance with the laws of North Carolina.
25. Purchaser agrees to be responsible for any and all reasonable attorney's fees and costs of collection if seller is required to collect any sums due hereunder (or any amendment hereto) by legal process.

I (we) acknowledge that I (we) have received copies of the above Terms and Conditions of Sale and the Product Warranty. I (we) further acknowledge that I (we) have read and fully understand the and agree to all of the above terms and conditions of the sale and accept the warranty limitation. Purchaser (s) Signature:

X _____ Date: 02·28·06

X _Pamela Austin_____ Date: 7/28/08

Case 1:10-cv-01547-PAB-CBS Document 1 Filed 06/30/10 USDC Colorado Page 6 of 8
03/01/2006 15:58 9709207828 PAGE 04/06
06/27/2010 10:04 19708840456 L. AUSTIN PAGE 02

Page 3 of 4

any sums due hereunder (or any amendment hereto) by legal process.

sxc789

## *"When It Comes To Quality... We Set The Standard"*
## Every Original Log Cabin Homes Ltd. "PREMIUM"
### Materials Package Includes the following Materials:

**LOG WALL SYSTEM:**
- All the solid 8"X6" random length Eastern White Pine precision milled double T&G logs for the exterior walls (first floor) 8ft Nominal Wall Height, Log Homes Council Graded. (Story and One Half models include log siding for second floor exterior walls, Full Two story models include Solid Logs for exterior walls)
- All The 2X Pressure Treated Starter Plates
- 2X Top Plates
- All the "Bison" lag screws needed to fasten each log course (optional spiral spikes)
- All the double row of log course polyfoam insulation sealing tape - "Log Cabin" Log Seal Brand
- All the oak joint dowels for butt ends & corners
- All the "Log Cabin" log caulking for butt and ends

**WINDOWS:**
- All the Andersen 200 Series Wood/Sandtone double hung windows as per plan
- Sill Nosing
- Mullion Material for Twin or Adjoining Windows
- Trapezoid and Fixed Glass when illustrated
- Tempered glass when required by national codes where required according to our standard layout.
- Exterior 1X Window Trim (Rough Sawn 1 side)
- Window Buck Lumber for easy installation.

**DOORS:**
- All the 9lite over 2 panel "Fiber Classic" Fiberglass exterior doors and swing patio doors by Therma-Tru as per plan.
- All the thermo insulated French Patio Swingers by Therma-Tru when illustrated.
- Exterior 1X Door Trim (Rough Sawn 1 side)
- Door Buck Lumber for easy installation.

**SECOND FLOOR SYSTEM:**
(for 50lb. loading)
- All the 2x conventional second floor joists when applicable
- All Second Floor Support Girders when required
- All second Floor Support Posts when required
- Solid Wood Blocking provided at midspan and over load bearing wall.
- All the 1/2 inch CDX Girder and Header Filler when required

**ROOF SYSTEM:**
- All the stress engineered 2x conventional roof rafters and collar ties or trusses for the roof system depending on design, for 30lb roof loading
- All the 7/16" Structurwood roof decking.
- All the Asphalt Impregnated Felt Paper underlayment for the roof decking
- All the Owens Corning 30 year architectural roof shingles
- All the ridge vent for the roof system
- All the engineered lumber valley beams when required
- All the Hip Rafters when required
- All the 2X Ridgeboard when required
- All Barge Rafters
- All ladder framing and 2X Subfacia
- 1X Facia
- Soffit and (brown) Soffit Vents
- H-Clips for roof decking

**PORCH ROOF SYSTEM: (When Illustrated)**
- 4X6 Porch Posts
  (Species to match species of home)
- 6X8 Carry Beams
  (Species to match species of home)
- All framing and matching Log Siding for Porch Gable Ends.
- All 2X Porch Rafters
- All Ladder Framing and Subfacia
- All Barge Rafters
- Valley and Hip Rafters when applicable.
- All the 7/16" Structurwood roof decking.
- All the Asphalt Impregnated Felt Paper underlayment for the roof decking
- All the Owens Corning 30 year architectural roof shingles
- 1X Facia

**INTERIOR PARTITIONS:**
- All the 2"x4" interior studding for partition walls
- All the 2"x6" plumbing walls
- 8ft Partition walls have precut studs
- All top and bottom plates for stud walls
- 2X6 Headers with 1/2" CDX filler for all Non-Load bearing openings
- 2X10 Headers with 1/2" CDX filler for all load bearing opening

**GABLE ENDS:**
- 2X Studding and Framing materials
- 2X Window header with 1/2" CDX filler where required
- Matching Log Cabin Siding
- Solid Log Gables are Optional

**DORMERS: (When Illustrated)**
- All 2X Studding and Framing Materials
- Matching Log Cabin Siding
- 2X Window Headers with 1/2" CDX filler where required
- 2X Rafters
- Valley Rafters
- Dormer Headers
- All the 7/16" Structurwood roof decking.
- All the Asphalt Impregnated Felt Paper underlayment for the roof decking
- All the Owens Corning 30 year architectural roof shingles
- All the shingles over ridge vent for the roof system

**CEILINGS**
- All the 1X8 V-Joint Tongue and Groove Pine Planking for Great Room/Living Room Ceilings

**EXTRAS**
- All the "Log Cabin" Building Wrap Protection to protect your Log Home materials during construction
- Up to 5 sets of Auto-CAD designed blueprints
- Final Prints to Include: Floorplans, Elevations, Standard Foundation Plans, Roof Framing, 2nd Floor Framing, Building Section, and Standard Detail Sheet.
- Log Cabin Homes "HOW-TO" construction guide

Heavy Roof and Floor loadings, High altitude, Seismic, Hurricane, Nordic, Tropical and other extreme weather building specifications are available as an upgrade.

### In compliance with the 2006 IBC – International Building Code

**Dealer/Sales Representative:**

X Jerry Briley  Date: 07/23/08

**Purchaser (s) Signature:** *(Purchaser (s) acknowledges receipt of Product warranty and agrees to the conditions of sale.*

X _____ Date: 07-25-08

X Danielle Austin Date: 7/28/08

**SELLER'S ACCEPTANCE**
Log Cabin Homes ltd. Hereby accepts the above order this _____ day of _____

by _____
*(It's duly Authorized Officer)*

The Original Log Cabin Homes Ltd.
P.O. Drawer 1457 / 513 Keen Street / Rocky Mount, NC 27802
252.454.1500 / Fax 252.454.1550

Page 4 of 4

**Misc. materials in addition to the standard Premium Materials Specifications:**

Upgrade with T&G Ceiling throughout entire home

Upgrade with T&G Ceiling for porches

Upgrade with T&G interior gables

upgrade with log siding skirting

Upgrade with 1st floor system

Upgrade with 8X8 porch post

Upgrade with precut corners (Dovetail)

Upgrade to 100lb snow load

Upgrade with 10" round log stair case

Upgrade with hand peeled railings for stairs and loft

Upgrade with remove shingles customer to supply metal roofing

---

### Limited Lifetime Warranty

Log Cabin Homes warrants, to the original purchaser, all log wall materials manufactured by Log Cabin Homes to be free from defects in manufacturing workmanship, for the lifetime of the original purchaser. This Warranty does not include labor, installation and shipping costs related to repair or replacement, or damages from improper handling or installation, or failure to seal-treat the log materials. All other materials included in our log home packages such as window, doors, roofing, etc. are warranted by their respective manufacturers. All customer requests for repair or replacement of materials covered under this warranty must be made in writing and sent directly to Log Cabin Homes.

This Warranty is in lieu of all other warranties expressed or implied.

---

This form contains the building materials to be furnished in your Log Home Premium Materials Package. Any and all materials not listed above and/or code compliance changes that are required in construction of the model selected are to be supplied by the Purchaser.

**In compliance with the 2006 IBC - International Building Code**

Please sign and date for your verification. Return with your Layaway Agreement.

**Dealer/Sales Representative:**

x Jerry Briley  Date: 07/23/08

**Purchaser (s) Signature:** (Purchaser (s) acknowledges receipt of Product warranty and agrees to the conditions of sale.

x _____ Date: 07-28-08

x Neville Austin  Date: 7/28/08

**SELLER'S ACCEPTANCE**

Log Cabin Homes ltd. Hereby accepts the above order this _____ day of _____,

by _____
(It's duly Authorized Officer)

The Original Log Cabin Homes Ltd.
P.O. Drawer 1457 / 513 Keen Street / Rocky Mount, NC 27802
252.454.1500 / Fax 252.454.1550



### The Original Log Cabin Homes Ltd.
# Sales and Layaway Agreement Amendment

**Purchaser**

Name: Lucas & Danielle Austin
Address: 1488 County Rd.
City/State/Zip: Ignacio, Co. 81137
Phone: 970-884-0456
Phone #2: 970-749-9596
E-Mail: Usatracker@gmail.com

Date: 8/1/2008
Amendment #: 1
Original Agreement Date: 7/29/2008

Amendment Price is valid if deposit is received within ___ days.

JESSIE PULLEY, Customer Service
P.O. Drawer 1457 / 513 Keen Street
Rocky Mount, NC 27802
Toll Free: 1.800.362.2246
Direct Dial: 252.454.1561
Fax: 252.454.1557

**Place Of Delivery** (Purchaser to Provide Map)
Street:
City/State/County: Bayfield, Co.

**Log Package**
Model Purchased: Custom Premium Material Package
Size: App. 2148     Species: EWP

**Additions:**

| # | Description | Amount |
|---|---|---|
| 1 | 1046 SF of Pressure Treated Deck System & 125 LF of Hand Rails | |
| 2 | As Per provided Plan | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| | **Total Additions** | $0.00 |

**Deletions:**

| # | Description | Amount |
|---|---|---|
| 1 | | $0.00 |
| 2 | | $0.00 |
| 3 | | $0.00 |
| | **Total Deletions** | $0.00 |
| | **Sub-Total (Difference)** | $0.00 |
| | **Sales Tax** | $0.00 |

___ % Sales Tax     (Based on Place and Time of Delivery)
(State, Province or County)

Please sign, date and return this amendment form with your deposit (if applicable) for immediate processing. Purchaser may not delete items added with this amendment without substituting them with similar items to replace aforesaid items deleted purchased from Log Cabin Homes Ltd.

Balance Due as per Original Agreement.
**Net Change:** $0.00
**Deposit %:** 10%   $0.00

**Purchaser (s) Signature:** (Purchaser (s) acknowledges receipt of Product warranty and agrees to the conditions of sale as per original agreement.)

X_____ Date_____

X_____ Date_____

**SELLER'S ACCEPTANCE**
Log Cabin Homes Ltd. Hereby accepts the above order this ____ day of _____.

by_____
(its duly authorized officer)